```
KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (State Bar No. 290875)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  415-576-0200; Facsimile:  415-576-0300

KILPATRICK TOWNSEND & STOCKTON LLP
MANSI H. SHAH (State Bar No. 244669)
mhshah@kilpatricktownsend.com
MATTHEW J. MEYER (State Bar No. 284578)
mmeyer@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  650-326-2400; Facsimile:  650-326-2422

KILPATRICK TOWNSEND & STOCKTON LLP
ALTON L. ABSHER III (appearance pro hac vice)
aabsher@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone:  336-607-7300; Facsimile:  336-607-7500

KILPATRICK TOWNSEND & STOCKTON LLP
ANDREW N. SAUL (appearance pro hac vice)
asaul@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4528
Telephone:  404-815-6500; Facsimile:  404-815-6555
```

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 4:20-cv-00477-YGR<br><br>**DEFENDANT APPLE INC.'S NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br>Ctrm.:     1, 4th Floor |

1  PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple") hereby requests the Court remove attorneys David E. Moore, Bindu A. Palapura and Tracey E. Timlin as counsel of record in this matter. Apple respectfully requests that the Court remove Mr. David Moore, Ms. Palapura and Ms. Timlin from the Notice of Electronic Filing and all other service lists. All other listed counsel of record for Apple will remain the same.

DATED:  March 31, 2020

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Mansi H. Shah*
    STEVEN D. MOORE
    MANSI H. SHAH
    ALTON L. ABSHER III
    MATTHEW J. MEYER
    ANDREW N. SAUL

Attorneys for Defendant
APPLE INC.

73211651V.1