SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Plaintiff SENTIUS INTERNATIONAL, LLC

KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (State Bar No. 290875)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415-576-0200; Facsimile: 415-576-0300

MANSI H. SHAH (State Bar No. 244669)
mhshah@kilpatricktownsend.com
MATTHEW J. MEYER (State Bar No. 284578)
mmeyer@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650-326-2400; Facsimile: 650-326-2422

ALTON L. ABSHER III (*appearance pro hac vice*)
aabsher@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-607-7300; Facsimile: 336-607-7500

ANDREW N. SAUL (*appearance pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6500; Facsimile: 404-815-6555

Defendant APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br>        Defendant. | CASE NO. 4:20-cv-00477-YGR<br><br>**JOINT STATUS REPORT AFTER APPEAL IN IPR PROCEEDINGS; ORDER** |

The parties to the above action jointly submit this Joint Status Report pursuant to the Court's Order Continuing Stay Pending Appeal, dated June 6, 2022 (Dkt. No. 82):

The parties report that, on December 11, 2023, the United States Court of Appeals for the Federal Circuit affirmed the Patent Trial and Appeal Board decision determining all challenged claims of U.S. Patent No. 7,672,985 B2 unpatentable. All of the claims asserted by Sentius International. LLC ("Sentius") against Apple, Inc. were challenged in the IPR proceedings. Copies of the May 4, 2022 final written decision from the Patent Trial and Appeal Board in IPR2020-01646 and the December 11, 2023 decision from the Federal Circuit are attached as Exhibits A and B, respectively.

As the Court previously found the asserted claims of U.S. Patent No. RE43,633 invalid for lack of written description (*Zoho Corp. v. Sentius International, LLC,* No. 19-cv-00001-YGR, Dkt. No. 81 (N.D. Cal. October 15, 2020)), all asserted patent claims have now been found invalid.

Accordingly, the parties agree that the Court should temporarily continue the stay on this case until the parties have determined what portion of the dispute, if any, remains at issue in this action and have updated the Court accordingly.

Dated: December 26, 2023        **CARR & FERRELL LLP**

By _____/s/ Robert J. Yorio____
      ROBERT J. YORIO

Dated: December 26, 2023        **SETH LAW OFFICES**

By _____/s/ Sandeep Seth_____
      SANDEEP SETH

Attorneys for Plaintiff
SENTIUS INTERNATIONAL, LLC

Dated:  December 26, 2023       **KIRKPATRICK TOWNSEND & STOCKTON LLP**

-1-
JOINT STATUS UPDATE AFTER APPEAL IN IPR PROCEEDINGS

-2-

1
2          By   /s/ Mansi H. Shah
3                STEVEN D. MOORE
                 MANSI H. SHAH
4                ALTON L. ABSHER
                 MATTHEW J. MEYER
5                ANDREW N. SAUL

6          Attorneys for Defendant APPLE, INC.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By <u>  */s/ Sandeep Seth*  </u>
Sandeep Seth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 26, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h)(1). Any other counsel of record will be served by U.S. Mail or hand delivery.

By   */s/ Sandeep Seth*
    Sandeep Seth

**ORDER**

**IT IS SO ORDERED.** The parties shall provide the Court with an update by February 9, 2024.

Dated: 1/4/2024

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE